# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3334
_____

ERICH K. BROOKS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

March 26, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erich K. Brooks, pro se; Candice Kaye Brower, Criminal Conflict & Civil Regional Counsel, Michael Jerome Titus and Samantha K. Porche, Assistant Conflict Counsel, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.